# Third District Court of Appeal

## State of Florida

Opinion filed April 26, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1219
Lower Tribunal No. 21-30980 SP
_____

**MVP Plumbing, Inc., etc.,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

The Law Office of Benjamin Korn, P.L.L.C., and Benjamin Korn (Orlando), for appellant.

Dean, Ringers, Morgan & Lawton, P.A., and Jessica C. Conner (Orlando), for appellee.

Before LOGUE, MILLER, and GORDO, JJ.

MILLER, J.

In this small claims case, appellant, MVP Plumbing, Inc., appeals a final order dismissing its statement of claim seeking $750 from appellee, Citizens Property Insurance Corporation. The trial court dismissed the claim on the basis that the assignment of benefits appended to the claim failed to contain an "itemized, per-unit cost estimate," as required pursuant to section 627.7152(2)(a)4., Florida Statutes (2021) (amended 2022). Aside from the fact this purported defect was not specified in the motion to dismiss, the assignment expressly contemplated appellant would perform a single service, a pipe inspection, for the estimated cost of $750. Concluding this provision was sufficient to satisfy the statutory edict, we reverse and remand for reinstatement of the claim.

Reversed and remanded.